and an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an  an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an  an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an  an an an an an an an an an  an an an an an an an an an an an an an an an an an an an an an an an an  an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an  an an an an  an an an an  an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an an  an an an an an an an an an an an an an an an an an an